UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felix Rodriguez<br><br>            Plaintiff,<br><br>v.<br><br>Ford Motor Company et al<br><br>            Defendants. | Case No.  CV 18-01370-AB (FFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

        THE COURT having been advised by counsel that the above-entitled action has been settled;

        IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_60_ days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 5, 2018        _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE